# NO. 12-16-00284-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *MARY MISTELLE RYAN,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Mary Mistelle Ryan filed an original mandamus proceeding complaining of the trial court's September 13, 2016 temporary order of conservatorship. On November 30, 2016, this Court conditionally granted Mary's petition and directed Respondent to vacate his order of September 13, 2016. By an order signed on December 5, 2016, Respondent has complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we ***dismiss*** Mary's petition for writ of mandamus as ***moot***.

Opinion delivered December 9, 2016
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

DECEMBER 9, 2016

NO. 12-16-00284-CV

**MARY MISTELLE RYAN,**
Relator
V.

**HON. CHAD W. DEAN,**
Respondent

---

### ORIGINAL PROCEEDING

---

ON THIS DAY came to be heard the petition for writ of mandamus filed by Mary Mistelle Ryan; who is the relator in Cause No. 2016-08-280, pending on the docket of the County Court at Law of Rusk County, Texas. Said petition for writ of mandamus having been filed herein on October 11, 2016, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*